# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

ASHLEY KIRBY                                                    PLAINTIFF

v.                         No. 3:19-cv-188-DPM

SAFECO INSURANCE COMPANY
OF ILLINOIS                                                     DEFENDANT

## ORDER

This is another recently filed case* that raises substantially similar issues about an insurer's use of CCC Market Valuation Reports. The parties differ; there's overlap among counsel. To achieve consistency in rulings, and conserve judicial resources, this case is transferred to the Honorable James M. Moody Jr., who was randomly assigned the first filed of these cases and is handling all the others. Any objection to transfer should be made by 31 July 2019, and Judge Moody will address it. The Court directs the Clerk to make the transfer by chip exchange.

---

\* *DuPriest et al. v. Allstate Insurance Company*, No. 4:19-cv-230-JM; *Torrence v. Automobile Club Inter-Insurance Exchange*, No. 4:19-cv-354-JM; *Bray v. Esurance Property & Casualty Insurance Company*, No. 4:19-cv-457-JM; *Armstead v. Farmers Insurance Company, Inc.*, No. 4:19-cv-458-JM; *Beth v. Trumbull Insurance Company*, No. 4:19-cv-459-JM.

So Ordered.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

22 July 2019