**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**JONESBORO DIVISION**

**ASHLEY KIRBY,**                                                                                        **PLAINTIFF**

**v.**                                **CASE NO. 3:19-cv-188-JM**

**SAFECO INSURANCE COMPANY OF ILLINOIS,**                          **DEFENDANT**

**MOTION FOR LEAVE OF COURT**
**TO SUPPLEMENT MOTION TO DISMISS CLASS ACTION COMPLAINT**

COMES NOW, Defendant Safeco Insurance Company of Illinois ("Safeco") by and through their attorneys, Mitchell, Williams, Selig, Gates & Woodyard, P.L.L.C., and for their Motion for Leave of Court to Supplement Motion to Dismiss Class Action Complaint, hereby states as follows:

1. On May 24, 2019, Plaintiff filed this putative class action. The Complaint seeks to represent a class of insureds related to allegations that Safeco improperly valued automobiles in handling total loss claims.

2. On June 28, 2019, Defendant removed this matter to the United States District Court. As the Court may recall, there are a number of virtually identical Complaints pending before this Court.

3. Safeco filed a Motion to Dismiss Class Action Complaint in the above styled action on July 3, 2019. Plaintiff filed her Response to Safeco's Motion to Dismiss Class Action Complaint on July 17, 2019. With leave of Court, Safeco filed a Reply to Plaintiff's Response on July 29, 2019.

4. As of filing, there had been no ruling on Safeco's Motion to Dismiss Class Action Complaint.

5.      It has come to the attention of Counsel that there is an additional argument to be made against Plaintiff's Class Action Complaint that Safeco, in the interest of judicial economy, believes would best addressed in Safeco's pending Motion to Dismiss Class Action Complaint in lieu of filing a separate Motion.

6.      Specifically, the additional argument that Safeco would like to advance concerns whether there is a private right of action under Insurance Regulation 43.

7.      This Supplement would ensure that the Court considers legal issues, which are also being briefed in similar insurance class action cases pending before the Court. [1]

WHEREFORE, Safeco prays that their Motion be granted and that the Court enter an Order granting their request for leave of Court to supplement their Motion to Dismiss Class Action Complaint.

Respectfully submitted,

Stuart P. Miller, AR Bar No. 88137
Attorney for Defendant
Mitchell, Williams, Selig,
Gates & Woodyard, P.L.L.C
4206 South J.B. Hunt Drive, Ste. 200
Rogers, AR 72758
Telephone: (479) 464-5670
smiller@mwlaw.com

---

[1] *Bray v. Esurance Property & Casualty Insurance Company*, No. 4:19-cv-00457-JM (E.D. Ark.); *DuPriest v. Allstate Insurance Company*, No. 4:19-cv-00230-JM (E.D. Ark.); *Beth v. Trumbull Insurance Company*, No. 4:19-cv-00459-JM (E.D. Ark.); *JM Armstead v. Farmers Insurance Company Inc.*, No. 4:19-cv-00458-JM (E.D. Ark.); *JM Torrence v. Automobile Club Inter-Insurance Exchange*, No. 4:19-cv-00354 (E.D. Ark.); *Kirby v. Safeco*, No. 4:19-cv-00230-JM (E.D. Ark.).